### Mae K. Madden, Appellee, v. Chicago Transit Authority, Appellant.

### Gen. No. 45,423.

Werner W. Schroeder, James O. Dwight, Donald J. O'Brien, and Arthur J. Donovan, for appellant; William H. Arpaia, for appellee; William H. Arpaia, and

Harry W. Altman, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed June 29, 1951; rehearing denied July 16, 1951; released for publication July 30, 1951.